IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHAUN A. FAISON,

    Plaintiff,

v.                                           Civil Action No. **3:15CV454**

N. D. KATH, *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. By Memorandum Order entered on June 21, 2016, the Court directed Plaintiff, within fourteen (14) days of the date of entry thereof, to file a particularized complaint because his current allegations failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. The Court warned Plaintiff that the failure to submit a particularized complaint would result in the dismissal of the action. By Memorandum Order entered on July 15, 2016, the Court denied Plaintiff's Motion for Appointment of Counsel and instructed Plaintiff that he must comply with the directives of the June 21, 2016 Memorandum Order within eleven (11) days of the date of entry thereof.

More than eleven (11) days have elapsed since the entry of the July 15, 2016 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the July 15, 2016 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

Date: 8/1/16
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge